# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

146532 & (58)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

THEODORE SLICER,
      Plaintiff-Appellee/
      Cross-Appellant,

v

CITY OF ST. JOHNS,
      Defendant/Cross-Plaintiff-
      Appellee/Cross-Appellee,

and

COUNTY OF CLINTON,
      Defendant,

and

CLINTON COUNTY ROAD COMMISSION,
      Defendant/Cross-Defendant-
      Appellant/Cross-Appellee.

SC: 146532
COA: 298068
Clinton CC: 09-010506-CK

_____/

      On order of the Court, the application for leave to appeal the December 6, 2012 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

p1021